IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-02469-WYD-MJW

JEFFERY VAN RIPER,

    Plaintiff,

v.

MRS ASSOCIATES, INC.,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

THIS MATTER comes before the Court on the Plaintiff's Voluntary Dismissal with Prejudice (ECF No. 12).   After carefully reviewing the file in this matter, I find that the stipulation should be approved pursuant to Fed. R. Civ. P. 41(a)(1) and the case should be dismissed with prejudice.   Accordingly, it is

ORDERED that the Plaintiff's Voluntary Dismissal with Prejudice (ECF No. 12) is **APPROVED.**   This case is **DISMISSED WITH PREJUDICE**, with each party to pay its own attorney's fees and costs.

Dated:   January 29, 2013

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
UNITED STATES SENIOR DISTRICT JUDGE